No. 89–7820.  WILLIAMS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–7821.  PETIT *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 89–7822.  GREEN ET AL. *v.* LAW FIRM OF WISEMAN, BLACKBURN, FUTRELL & COHEN ET AL.  Sup. Ct. Ga.  Certiorari denied.

No. 89–7823.  ABDUL-MATIYN *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir.  Certiorari denied.

No. 89–7824.  WILLIAMS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 89–7825.  SELLERS *v.* ECHOLS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 89–7827.  RIGNEY *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 89–7829.  WEYCHERT *v.* PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE.  Commw. Ct. Pa.  Certiorari denied.

No. 89–7830.  BUGARIN *v.* TEXAS.  Ct. App. Tex., 8th Dist. Certiorari denied.

No. 89–7831.  PETREE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 89–7832.  GIBSON *v.* HOFFMAN ET AL.  C. A. 4th Cir. Certiorari denied.

No. 89–7834.  CROSS *v.* ILLINOIS.  C. A. 7th Cir.  Certiorari denied.

No. 89–7836.  REASONER *v.* CORBIN, ATTORNEY GENERAL OF ARIZONA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–7837.  SCHUELLER *v.* TRW, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–7840.  WASHINGTON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.